**FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.**

★ **AUG 08 2018** ★

**BROOKLYN OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CASE NO.

1:18-cv-00699-WFK-RER

---

BIANA VAYNGURT on behalf of herself
all other similarly situated consumers

STIPULATION OF DISMISSAL

            Plaintiff,

-against-

PROFESSIONAL CLAIMS BUREAU, INC.

            Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
       August 9, 2018

Dated: New City, New York
       August 9, 2018

/s/ Maxim Maximov
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

/s/ Arthur Sanders
Arthur Sanders, Esq.
Barron and Newburger, P.C.
Attorney for the Defendant
30 South Main Street
New City, New York 10956
Office: (845) 499-2990
Fax: (845) 499-2992
E-mail: asanders@bn-lawyers.com

The application is ___ granted, SO ORDERED ___ denied.

s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: August 9, 2018
Brooklyn, New York